**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1755**

_____

RON B. LANCASTER,

                  Plaintiff - Appellant,

         v.

ALAMANCE COUNTY HONORABLE JEFF HOLLAND, in his individual and official capacities; JOHN DOE CORPORATION, in its capacity as surety on the official bond of the judgeship of Alamance County,

                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:23-cv-00654-WO-JLW)

_____

Submitted:  December 5, 2024                      Decided:  December 9, 2024

_____

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ron B. Lancaster, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron B. Lancaster appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Lancaster's 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and discern no reversible error.  Accordingly, we deny Lancaster's motion for appointment of counsel and affirm the district court's order.  *Lancaster v. Holland*, No. 1:23-cv-00654-WO-JLW (M.D.N.C. July 10, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*